Samuel PAINTER,[1] Petitioner
Below–Appellant,

v.

DIVISION OF CHILD SUPPORT SER-
VICES/Louise Painter, Respon-
dents Below–Appellees.

No. 348, 2016

Supreme Court of Delaware.

Submitted: February 24, 2017

Decided: April 27, 2017

Court Below—Family Court of the State
of Delaware, File No. CN14–02909, Peti-
tion No. 15–28782

AFFIRMED.

Shaquille CAMPBELL, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 474, 2016

Supreme Court of Delaware.

Submitted: May 3, 2017

Decided: May 8, 2017

Court Below: Superior Court of the
State of Delaware, Cr. ID No. 1507010845

AFFIRMED.

James ST. LOUIS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 519, 2016

Supreme Court of Delaware.

Submitted: March 28, 2017

Decided: May 9, 2017

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 0009015005

GRANTED. AFFIRMED.

Patricia WISHER, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 563, 2016

Supreme Court of Delaware.

Submitted: April 12, 2017

Decided: May 9, 2017

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 1506021466

AFFIRMED.

1.  The Court assigned pseudonyms to the par-
ties in accordance with Supreme Court Rule 7(d).